25-mj-7529-JCB

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Hunter Brown, being sworn, state:

**INTRODUCTION AND AGENT BACKGROUND**

1. I have been a Special Agent with the Diplomatic Security Service (DSS) since March 2024. I have been assigned to the Diplomatic Security Service's Boston Field Office since March 2024. My responsibilities include the investigation of possible violations of federal law, including fraudulent acquisition, production, and misuse of U.S. and foreign passports, U.S. visas, and identity documents associated with procuring U.S. passports and U.S. visas. I have attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the DSS Basic Special Agent Course. My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2. I am currently investigating Mariano ANDUJAR PEREZ for violations of 42 USC § 408(a)(7)(B), Misuse of a Social Security Number; 18 USC § 1542, False Statement in Application for Passport; 18 USC § 1028A, Aggravated Identity Theft; and 8 USC § 1326(a), Unlawful Reentry of Deported Alien, (the "TARGET OFFENSES").

3. This affidavit is being submitted in support of an application for a warrant to search the residence at 1479 Hyde Park Avenue, Unit #2, Hyde Park, Massachusetts 02136 (the SUBJECT PREMISES), as described in Attachment A, because there is probable cause to believe that ANDUJAR PEREZ, DOB xx/xx/1982, who is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4), as described in Attachment B, is inside.

4. The facts in this affidavit come from my personal observations and review of

1

25-mj-7529-JCB

records, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5. On December 12, 2024, a federal grand jury indicted ANDUJAR PEREZ on the TARGET OFFENSES and investigators obtained an arrest warrant. Investigators then conducted surveillance, interviews, and records checks to attempt to locate ANDUJAR PEREZ and serve the arrest warrant. These efforts to locate ANDUJAR PEREZ were unsuccessful.

6. In September 2025, investigators identified a phone number linked to ANDUJAR PEREZ, ███████. On October 15, 2025, investigators applied for a search warrant (25-7508-JCB) for location information of this phone number. The affidavit in support of this search warrant is attached hereto as Exhibit 1. Agents began collecting location information pursuant to the warrant on October 17, 2025.

7. Review of the cell phone ping warrant data received on October 17, 18, and 19, 2025 indicated that ANDUJAR PEREZ was consistently in the Hyde Park area overnight.

8. ANDUJAR PEREZ has one known associate in the general vicinity of the cell phone location data, N███ S████ P███████ with a last known address of ███████ ███████████████████████████████).

9. Investigators have reason to believe that S████ P██████ is a significant other of ANDUJAR PEREZ. On October 30, 2022, according to a Boston Police Department (BPD) report, S████ P██████ was with the ANDUJAR PEREZ when he was the victim of a shooting. Investigative BPD records contained a photograph of ANDUJAR PEREZ. Under the

2

25-mj-7529-JCB

photograph, the statement "M███ D███ S███ is my boyfriend"[1] was written, dated November 4, 2022, and signed in a cursive font that appears to read "N███ S███"

10. Additionally, on the fraudulent passport application submitted by ANDUJAR PEREZ on October 13, 2022 which is the subject of the Indictment, ANDUJAR PEREZ listed "N███ S███" as his emergency contact. The passport application lists the relationship as "friend."

11. ANDUJAR PEREZ has also previously been linked to the SUBJECT PREMISES. A commercial database check indicated that the SUBJECT PREMISES was associated with ANDUJAR PEREZ as of February 2023.

12. On January 11, 2024, pursuant to the ongoing investigation into ANDUJAR PEREZ, investigators conducted surveillance at the SUBJECT PREMISES because investigators suspected it was ANDUJAR PEREZ's residence. On that date, investigators observed an individual appearing to be ANDUJAR PEREZ enter the SUBJECT PREMISES.

13. On October 21, 2025, investigators observed that a black Jeep Grand Cherokee, bearing Massachusetts plate number ███████, that had previously been seen parked in front of the SUBJECT PREMISES, was no longer parked there. ███████ is registered to S███ P███████. Location data received pursuant to the ping warrant indicated that the phone assigned ███████ was also not in the Hyde Park area during this time. Later that same afternoon, investigators observed that ███████ was now parked in front of the SUBJECT PREMISES. Location data showed that the phone assigned ███████ was also back in the vicinity of the address.

---

[1] As described in Exhibit 1, and incorporated herein, ANDUJAR PEREZ uses the alias M███ D███ S███.

3

25-mj-7529-JCB

14. Investigators contacted the Lynn Police Department and requested license plate reader (LPR) cameras for the car with the license plate number ▮▮▮▮ from that day. LPR cameras showed ▮▮▮▮ in Framingham, Revere, Winthrop, and Lynn throughout the day. The location data from the LPR cameras provided for ▮▮▮▮ was consistent with the location data received from the ping warrant, showing that the phone assigned ▮▮▮▮ was moving through approximately the same locations as the vehicle (▮▮▮▮).

15. On October 22, 2025, investigators conducted surveillance of the SUBJECT PREMISES. At approximately 6:33 a.m., investigators observed an individual resembling ANDUJAR PEREZ exit the front door of the SUBJECT PREMISES and enter the Black Jeep (▮▮▮▮). Investigators observed the individual perform a U-turn and depart at approximately 6:35 a.m.

16. On October 28, 2025, investigators conducted an attempted arrest operation for ANDUJAR PEREZ at the SUBJECT PREMISES. Investigators maintained surveillance of the SUBJECT PREMISES starting at approximately 6:00 a.m. During this time, investigators did not observe anyone resembling ANDUJAR PEREZ leave the residence. The cell phone ping location did not change during the surveillance operation and continued to show a presence in the Hyde Park area (to include the location of the SUBJECT PREMISES).

17. Investigators observed S▮▮▮ P▮▮▮▮ leave the address in the Black Jeep (▮▮▮▮). Boston Police conducted a traffic stop, during which S▮▮▮ P▮▮▮▮ told Boston Police that she was dropping her child off at school. While S▮▮▮ P▮▮▮▮ was away from the residence, the ping location of the phone assigned ▮▮▮▮ did not change.

25-mj-7529-JCB

18. Investigators spoke to S███ P███████ at the SUBJECT PREMISES. S███ P███████ denied that ANDUJAR PEREZ was living in the house. S███ P█████ L stated that she had not seen him in "a long time." S███ P███████ also told investigators that nobody else drives her car.

19. Investigators spoke with an individual residing in the downstairs apartment of 1479 Hyde Park Avenue. Investigators showed the individual a photo of ANDUJAR PEREZ. She stated that he lives upstairs. Investigators asked her when she last saw him, to which she replied, "a couple of days ago."

20. Since approximately 6:00 a.m., agents have continued to maintain a presence in the area of the SUBJECT PREMISES to ensure that ANDUJAR PEREZ did not try to leave. As of the time that agents seek this warrant, the phone assigned ███████ has not changed locations.

*(Space Intentionally Left Blank)*

25-mj-7529-JCB

## CONCLUSION

21.    Based on the information described above and the information in Exhibit 1 as incorporated here, I have probable cause to believe that that ANDUJAR PEREZ, who is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4), as described in Attachment B, will be found at the premises described in Attachment A.

Respectfully submitted,

*Hunter Brown by JCB*
Hunter Brown, Special Agent
Diplomatic Security Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on October 28, 2025.

_____
HON. JENNIFER C. BOAL
United States Magistrate Judge

25-MJ-7508-JCB

**ATTACHMENT A**

**DESCRIPTION OF THE PREMISES TO BE SEARCHED**

The entire property located at 1479 Hyde Park Avenue, Unit #2, Hyde Park, MA 02136 (the SUBJECT PREMISES), including the second and third floors. Unit #2 is on the second floor of a three-story, two-family home, and can be reached by entering through the front door and walking up one flight of stairs. According to commercial real estate sales information, the second floor of the building has a living room, bedroom, kitchen, and bathroom. There are three additional rooms on the third floor. Investigators have reason to believe that the third floor is connected internally to the second floor in Unit #2 because there does not appear to be a staircase outside of Unit #2 that could be used to access the third floor, besides the fire escape on the outside the house. A picture of the SUBJECT PREMISES is below.



1

25-MJ-7508-JCB

# ATTACHMENT B

# PERSON TO BE SEIZED

The person to be arrested is Mariano ANDUJAR PEREZ, DOB xx/xx/1982.

